Basil G. Andrew
**Name**
494344
**Prison Number**
Cook inlet pre trial
**Place of confinement**
1300 west 4th Ave
**Mailing address**
Anchorage Alaska 99501
**City, State, Zip**

_____

**Telephone**

RECEIVED

MAR 31 2022

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

_____,
(Enter full name of plaintiff in this action)

                              Plaintiff,

vs.

_____,

_____,

_____,
(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

                              Defendant(s).

Case No. 3:22 CV-00071-SLG
(To be supplied by Court)

**PRISONER'S
COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3).

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Basil Andrew ,
                                                        (print your name)

who presently resides at_____,
                              (mailing address or place of confinement)
were violated by the actions of the individual(s) named below.

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, __John Doe_____ is a citizen of
__Alaska__, and is employed as a __floor Correction officer__.
  (state)                                   (name)           (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, __John Doe_____ is a citizen of
__Alaska__, and is employed as a __floor Seargeant__.
  (state)                                   (name)           (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, __John Doe_____ is a citizen of
__Alaska__, and is employed as a __Shift Seargeant__.
  (state)                                   (name)           (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

***REMINDER***
You must exhaust your administrative remedies before your claim can go forward.
THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Prisoner § 1983 - 2
PS01, Nov. 2013

Claim 1: On or about ___January 20, 2021___, my civil right to
                            (Date)

___due process___
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom
from cruel and unusual punishment, etc. List only one violation.)
was violated by ___Floor SGT___
                (Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):
on or about January 20, 2021 at Cook inlet pre-trial facility in Segregation
Mod Delta officer John Doe moved me from cell 8 to cell 2. when inmate
Michael Hindman was not Supposed to have a cell mate. Within Ten minutes
after entering the cell, Hindman without word punched me and pushed me
Against the door where I sustained a cut requiring 17 Staples on my head
And was sent to Alaska Regional hospital. At The Time C.O. John Doe and
P.O. John Doe were At cell 2 talking to Another inmate, reliazed I had
been Attacked Called for Back up and when Back-up Arrived They
hand Caffed me Even Though blood was gushing down my head,
They then questioned me at medical before Ambulance transported me,
next day at C.I.P.T facility officer John doe 2 Asked me who done
that to me then I told him who had Attacked me then he stated
that, that inmate Was know to do that and Then Ask which
C.O. Put me Then I Todd him C.O. Doe 1 never new his name at the time.
I have a hard Time remembering details After head injuries. I told staff
At the medical that I wanted a lawsuit but never got Any help from
Anymone Any one yet to this day, I don't have any Copies, have been
trying to open a § 1983, Calling lawyers with no Success, about
blatant tort actions, Violating my Constitutional Rights.

Prisoner § 1983 - 3
PS01, Nov. 2013

<u>Claim 2</u>: On or about _____January 20, 2021_____, my civil right to
_____unusual Punishment_____
(Date)
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by _____
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

on This Civial Suit I Would like to get a Claim
from floor SGT, Shift SGT, Security SGT, Superintendant,
And City of Anchorage All These should have Known
not to put me in the cell with that inmate which was
Known by All staff for that inmate not to have a cell
Mate. I do not Know all the staff by name at this Time

<u>Claim 3</u>: On or about _____, my civil right to

(Date)

_____

(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom<br>from cruel and unusual punishment, etc.  List <b>only one</b> violation.)

was violated by _____

(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 3.   State what happened briefly and clearly, in your own words.   Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Prisoner § 1983 - 5<br>PS01, Nov. 2013

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment**? _____ Yes __✗__ No

2. *If your answer* is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

b. <u>Lawsuit 2</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

3. Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?

_____Yes __✗__ No

If your answer is "Yes," describe each lawsuit on the next page.

Prisoner § 1983 - 6
PS01, Nov. 2013

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised:_____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised:_____

e. Approximate date case was filed:_____ Date of final decision: _____

**4. Are you in imminent danger of serious physical injury?** _____ Yes __✗__ No

If your answer is "Yes," please describe how you are in danger, without legal argument/authority: _____

_____

_____

_____

Prisoner § 1983 - 7
PS01, Nov. 2013

## F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $_____

2. Punitive damages in the amount of $_____

3. An order requiring defendant(s) to _____

4. A declaration that_____

5. Other: _____

Plaintiff demands a trial by jury. _____ Yes _____ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at <u>Cook inlet  Pre·Trial</u> on <u>Jan, 20, 2021</u>
　　　　　　　　　(Location)　　　　　　　　　　　(Date)

<u>Basil</u>
　　(Plaintiff's Signature)

_____　　　_____
Original Signature of Attorney (if any)　　　　　　(Date)

_____

_____

_____

Attorney's Address and Telephone Number

Prisoner § 1983 - 8
PS01, Nov. 2013

Basil Andrew 494344
Yukon Kuskokwim Correctional Center
P.O. Box 400
Bethel, Alaska
          99559



Clerk of Court
United States District Court
District of Alaska,
222 W. 7th Avenue,
Box 4
Anchorage, Alaska
               99513-7564